UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF CENTRAL LABORERS'
PENSION, WELFARE & ANNUITY
FUNDS,

   Plaintiffs,

  v.

TRI-CHEM, INC.,

   Defendant.

Case No. 06-cv-4081-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This matter having come before the Court upon plaintiff's notice of dismissal and the Court having found that plaintiff has voluntarily dismissed this action,

**IT IS ORDERED AND ADJUDGED** that all claims by the Trustees of Central Laborers' Pension, Welfare & Annuity Funds against Tri-Chem, Inc., in this case, are **DISMISSED without prejudice**.

**DATE: January 12, 2007**

                **NORBERT G. JAWORSKI, CLERK**

                _____

                **S/Deborah Agans, Deputy Clerk**

**APPROVED:** s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **U.S. District Judge**